Ramiro Morales, Bar No. 007101
David Astengo, Bar No. 11045
MORALES FIERRO & REEVES
725 South Eighth Street, Suite B
Las Vegas, Nevada 89101
Telephone: 702 /699-7822
Facsimile: 702 /699-9455

Attorneys for Plaintiffs, MARYLAND CASUALTY COMPANY and NORTHERN INSURANCE COMPANY OF NEW YORK

Pamela A. McKay, Bar No.007812
McKAY LAW FIRM, Chtd.
3295 N. Fort Apache Road, Suite 150
Las Vegas, NV 89129
Telephone: 702 /835-6956
Facsimile: 702 /835-6957

Attorneys for Defendant, AMERICAN SAFETY INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiffs,<br>vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, AMERICAN SAFETY CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:10-cv-02001-MMD-PAL<br><br>**JOINT STATUS REPORT PURSUANT TO ORDER REGARDING STATUS OF SETTLEMENT NEGOTIATIONS [DOC. #45]** |

1    Pursuant to this Court's Order (Doc. #45), dated July 5, 2013, in the above-referenced action, plaintiffs, MARYLAND CASUALTY INSURANCE COMPANY and NORTHERN INSURANCE COMPANY OF NEW YORK ("Plaintiffs"), and defendant, AMERICAN SAFETY INDEMNITY COMPANY ("Defendant") ("the Parties"), hereby provide a Joint Report regarding the status of settlement negotiations, which began at the Settlement Conference conducted on June 18, 2013 before the Honorable Magistrate Judge Peggy A. Leen.

WHEREAS:

1. On June 25, 2013, the Parties' respective counsel participated in a telephonic Status Conference with the Court and advised the Court that the Parties have agreed upon the essential terms of a partial settlement.

2. Following the June 25, 2013 Status Conference, the Court ordered that the Parties shall have until and July 9, 2013, to file a stipulation and proposed order or, if unable to finalize a stipulation, a Joint Status Report indicating when the stipulation will be filed.

3. Since the June 25, 2013 Status Conference, the Parties' respective counsel have continued their efforts to finalize a stipulation and confer with their client(s) concerning certain proposals and counter-proposals to the terms of a stipulation.

4. Since the Order (Doc. #45) was entered on July 5, 2013, the Parties' good faith settlement negotiations have resulted in further progress. The current status is that the Parties are contemplating a settlement proposal that would resolve the entire action instead of the previous option of a partial settlement.

5. The Parties require additional time in which to confer with their respective client(s) and obtain authority for the terms of a final stipulation for a complete resolution of the action, and if not, to finalize a stipulation regarding a partial settlement of the suit.

6. The Parties anticipate that a final resolution of a settlement, whether in whole or in part, will be completed pursuant to Stipulation within the next 30 calendar days, if not sooner, or by August 15, 2013.

/ / /

/ / /

7. The Parties respectfully request the Court permit the Parties to continue their good faith settlement efforts towards this end, and, if necessary, provide the Court with a further update on August 15, 2013.

Respectfully submitted this 16th day of July, 2013.

                                           **MORALES FIERRO & REEVES**

                                           By __/s/ Ramiro Morales_____
                                                Ramiro Morales
                                                David A. Astengo
                                                Attorneys for Plaintiffs,
                                                MARYLAND CASUALTY
                                                COMPANY and NORTHERN INSURANCE
                                                COMPANY OF NEW YORK

                                           **McKAY LAW FIRM, Chtd.**

                                           By _____/s/ Pamela McKay_____
                                                Pamela A. McKay
                                                Attorneys for Defendant,
                                                AMERICAN SAFETY INDEMNITY
                                                COMPANY

                                     **IT SO ORDERED**

Date:   July 44, 2013                              _____
                                             **UNITED STATES MAGISTRATE JUDGE**