Ramiro Morales, Bar No. 007101
David Astengo, Bar No. 11045
MORALES FIERRO & REEVES
725 South Eighth Street, Suite B
Las Vegas, Nevada 89101
Telephone: 702 /699-7822
Facsimile: 702 /699-9455

Attorneys for Plaintiffs, MARYLAND CASUALTY COMPANY and NORTHERN INSURANCE COMPANY OF NEW YORK

Pamela McKay, Bar No.007812
McKAY LAW FIRM
3295 N. Fort Apache Road, Suite 150
Las Vegas, NV 89129
Telephone: 702 /835-6956
Facsimile: 702 /835-6957

Attorneys for Defendant, AMERICAN SAFETY INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK,<br><br>                    Plaintiffs,<br>          vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, AMERICAN SAFETY CASUALTY INSURANCE COMPANY,<br><br>                    Defendants. | Case No.: 2:10-cv-02001-MMD-PAL<br><br>**JOINT STATUS REPORT PURSUANT TO ORDER REGARDING SETTLEMENT NEGOTIATIONS** |

Pursuant to this Court's Minutes Of Proceedings (Doc.#43), dated June 25, 2013 and the Court's Order (Doc. #45), dated July 5, 2013, in the above-referenced action, plaintiffs, MARYLAND CASUALTY INSURANCE COMPANY and NORTHERN INSURANCE COMPANY OF NEW YORK ("Plaintiffs"), and defendant, AMERICAN SAFETY INDEMNITY COMPANY ("Defendant") ("the Parties"), hereby provide a Joint Report regarding the status of settlement negotiations which began on June 18, 2013 before the Honorable Magistrate Judge Peggy A. Leen.

WHEREAS:

1. On June 18, 2013, the Parties participated in a the Settlement Conference before the Honorable Magistrate Judge Peggy A. Leen;

2. On June 25, 2013, the Parties' respective counsel participated in a telephonic Status Conference with the Court and advised the Court that the Parties have agreed upon the essential terms of a partial settlement.  Following the June 25, 2013 Status Conference, the Court gave the Parties until July 9, 2013, to file a stipulation and proposed order or, if unable to finalize a stipulation, a Joint Status Report indicating when the stipulation will be filed. Pursuant to the Court's Orders (Docs. #45 and 46) the Court gave the Parties to August 15, 2013, to continue their settlement negotiations and then update the Court as to the status of settlement and whether there were any issues in the case which remained to be tried.

3. Within the last several days, the Parties' respective counsel negotiated a partial settlement and agreement as to the remaining issues to be tried.  Counsel are now confirming their respective client's final approval for the partial settlement and agreement.

4. The Parties respectfully request that the Court permit the Parties to file a "Stipulation Regarding Partial Settlement and Trial" with the Court no later than August 21, 2013.

Respectfully submitted this 15th day of August , 2013.

MORALES FIERRO & REEVES


By:    /s/ Ramiro Morales
       Ramiro Morales
       David A. Astengo
       Attorneys for Plaintiffs,
       MARYLAND CASUALTY
       COMPANY and NORTHERN INSURANCE
       COMPANY OF NEW YORK

IT IS SO ORDERED this 21st day of August, 2013.

McKAY LAW FIRM

*/s/ Peggy A. Leen*
Peggy A. Leen
United States Magistrate Judge

By:    /s/ Pamela A. McKay
       Pamela A. McKay
       Attorneys for Defendant,
       AMERICAN SAFETY INDEMNITY
       COMPANY