Pamela A. McKay (SBN 7812)
**McKAY LAW FIRM, Chtd.**
3295 N. Fort Apache Road, Suite 150
Las Vegas, NV 89129
Phone: 702-835-6956
Fax: 702- 835-6957

Attorneys for Defendant
AMERICAN SAFETY INDEMNITY COMPANY

Ramiro Morales (SBN 7101)
David Astengo (SBN 11045)
**MORALES FIERRO & REEVES**
600 S. Tonopah Drive, 3rd Floor
Las Vegas, NV 89106
T: (702) 699-7822
F: (702) 699-9455

Attorneys for Plaintiff
NORTHERN INSURANCE COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, licensed to do business in the State of Nevada,<br><br>Defendant.<br>_____ | CASE NO. 2:10-cv-02001-MMD-PAL<br><br>STIPULATED JUDGMENT WITH RIGHT TO APPEAL AS BETWEEN NORTHERN INSURANCE COMPANY OF NEW YORK AND AMERICAN SAFETY INDEMNITY COMPANY |

Defendant, AMERICAN SAFETY INDEMNITY COMPANY ("Defendant") and

Plaintiffs NORTHERN INSURANCE COMPANY OF NEW YORK and ASSURANCE

COMPANY OF AMERICA ("Plaintiffs")[1] hereby stipulate to a judgment on the following:

WHEREAS, on July 9, 2010, Plaintiffs filed this action in Clark County District Court,

---

[1] Pursuant to a Stipulation Regarding Correction Of Name of Plaintiff and Order (Doc. # 61)executed by the Court on November 20, 2013 and filed on November 21, 2013, Assurance Company of America was substituted for Plaintiff Maryland Casualty Company as a Plaintiff and one of the real parties in interest in this action with respect to Plaintiffs' claims against Defendant.  American Safety Indemnity Company does not agree with this Stipulation.

---

1
STIPULATED JUDGMENT WITH RIGHT TO APPEAL AS         CASE NO. 2:10-CV-02001-MMD-PAL
BETWEEM NORTHEN INSURANCE COMPANY OF NEW YORK
AND AMERICAN SAFETY INDEMNITY COMPANY

Case No. A-10-620513-D, seeking equitable contribution of defense fees and costs and indemnity paid on behalf of the Parties' mutual insured, Laird Whipple Concrete ("Laird"), to defend and settle the following underlying actions:

     a.   *Devore et al. v. Coleman Homes, Inc*., Clark County District Court Case No. A445099; and

     b.   *Tapatio I HOA v. Wigwam Associates, LP*, Clark County District Court Case No. A515312 (collectively "Underlying Actions").

WHEREAS, on November 16, 2010, Defendant removed the Action to Federal Court (Doc. #3).

WHEREAS, on March 16, 2012, Plaintiffs filed a Motion for Partial Summary Judgment against Defendant on the Duty to Defend the Underlying Actions (Doc. #24 through Doc. # 24-41).

WHEREAS, on April 10, 2012, Defendant filed its Opposition to Plaintiffs' Motion for Partial Summary Judgment (Doc. #27 through Doc. # 27-17).

WHEREAS, on May 1, 2012, Plaintiffs filed a Reply in support of its Motion for Partial Summary Judgment (Doc. #30 through 30-7).

WHEREAS, on March 13, 2013, the Court issued an Order granting Plaintiffs' Motion for Partial Summary Judgment (Doc. #35).

WHEREAS, on August 23, 2013, Parties entered into and filed with the Court a Stipulation Regarding Partial Settlement and Trial on Limited Issues Regarding Defense of Underlying Actions (Doc. # 50) (hereinafter "The Stipulation regarding Partial Settlement and Trial".)

WHEREAS, on October 9, 2013, the Court entered a Stipulation and Order Regarding the Parties' Resolution of Certain Claims (Doc. #57), which is based on both The Stipulation regarding Partial Settlement and Trial (Doc. # 50) and the Parties' Settlement Agreement Regarding Resolution of Indemnity dated October 4, 2013 and provides:

     a.   Issues regarding the duty to indemnify for the Underlying Action are resolved. The Parties will proceed to trial only on limited issues which remain unresolved,

which are Defendant's obligation to reimburse Plaintiffs for the defense fees and costs which Plaintiffs paid on behalf of Laird in defending the Underlying Actions.

      b.      The amounts owed, if any, regarding the duty to defend the Underlying Actions.

      c.      The first cause of action for declaratory relief will proceed to trial regarding an equitable share of sums Plaintiffs paid in defending Laird in the Underlying Actions and amounts owed by Defendant.

      d.      The second cause of action for contribution will only proceed to trial regarding an equitable contribution for Plaintiff's defense of Laird in the Underlying Actions.

      e.      The third cause of action for indemnity will only proceed to trial regarding equitable indemnity for Plaintiffs' defense of Laird in the Underlying Actions.

      f.      The fourth cause of action for breach of contract will not proceed to trial in any manner.

      g.      Defendant's defenses, if any, regarding Plaintiffs' claims relating to the defense obligation, are reflected in the Parties' Joint Pre-Trial Report (Doc. #40).

WHEREAS, pursuant to the Court's Order during the September 3, 2013, status conference, Plaintiffs and Defendant filed an Amended Joint Pretrial Statement and Order (Doc. #58).

WHEREAS, in lieu of a trial on the remaining issues in the case regarding the amounts owed, if any, by Defendant to reimburse Plaintiffs for the defense fees and costs which Plaintiffs paid on behalf of Laird in defending the Underlying Actions, the Parties hereby stipulate to a judgment amount regarding the second and third causes of action as set forth in Doc. # 57 pursuant to the Court's Order on Plaintiffs' Motion for Partial Summary Judgment (Doc. # 35), in the total amount of Twenty-Five Thousand Dollars and No Cents ($25,000.00) on behalf of Plaintiff Northern Insurance Company of New York only.

WHEREAS, the Plaintiffs hereby stipulate that they will dismiss Assurance Company of America as a Named Plaintiff from this action upon the Parties executing this Stipulated Judgment.

WHEREAS, the Parties shall bear their own costs and attorney fees.

WHEREAS, Defendant American Safety Indemnity Company intends to appeal this Stipulated Judgment from the Order granting Plaintiffs' Motion for Partial Summary Judgment that Defendant had a duty to defend Laird with respect to the Underlying Actions (Doc. #35).

WHEREAS, the Parties hereby stipulate that by entering into this Stipulated Judgment that neither Plaintiff Northern Insurance Company of New York nor Defendant American Safety Indemnity Company waive their right to appeal the judgment based on the Order granting Plaintiffs' Motion for Partial Summary Judgment on Defendant's Duty to Defend (Doc. #35) as to whether Defendant had a duty to defend Laird in the Underlying Actions.

WHEREAS, the Parties hereby acknowledge and agree all other claims and defenses contained herein are abandoned and that the October 4, 2013 Stipulation referenced herein remains in full force and effect.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **McKAY LAW FIRM, CHTD.** | **MORALES FIERRO & REEVES** |
| By: _/s/ Pamela A. McKay_<br>PAMELA A. McKAY (SBN 7812)<br>3295 N. Fort Apache Rd. #150<br>Las Vegas, NV 89129<br>Attorneys for Defendant<br>AMERICAN SAFETY<br>INDEMNITY COMPANY | By: _/s/ Ramiro Morales_<br>RAMIRO MORALES (SBN 7101)<br>600 S. Tonopah Drive, 3rd Floor<br>Las Vegas, NV 89106<br>Attorneys for Plaintiff<br>NORTHERN INSURANCE COMPANY<br>OF NEW YORK |

**IT IS HEREBY ORDERED, ADJUDGED and DECREED THAT** this action is decided and this judgment is to be entered by the Clerk of this Court according to the stipulation of the Parties set forth above in the total amount of TWENTY-FIVE THOUSAND DOLLARS AND NO CENTS ($25,000.00) in favor of Plaintiff NORTHERN INSURANCE COMPANY OF NEW YORK and against Defendant AMERICAN SAFETY INDEMNITY COMPANY.

DATED: __February 2__, 2014  _____
U.S. DISTRICT COURT JUDGE